1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   EULA MAE KOLB,                    Case: 2:13-CV-02243-JAM-CKD

12          Plaintiff,                 **JOINT STIPULATION FOR**
                                       **DISMISSAL PURSUANT TO**
13   v.                                **F.R.CIV.P. 41 (a) (1); & ORDER**
                                       **THEREON**
14   THRIFTY   PAYLESS,   INC.,   a
     California Corporation; and Does 1-
15   10,

16          Defendants.

17

18

19

20

21                           <u>**ORDER**</u>

22

23        This action is hereby ordered dismissed with prejudice, each party to

24   bear their own attorneys' fees and costs.

25

26   Dated: 3/10/15         /s/ John A. Mendez_____

27                          HONORABLE JOHN A. MENDEZ

28                          UNITED STATES DISTRICT COURT JUDGE

                                    1